# Court of Appeals
# of the State of Georgia

ATLANTA,___August 12, 2013___

*The Court of Appeals hereby passes the following order:*

## A13A1248.  MURPHY v. HAUGERUD a/k/a SMITH.

Nancy Michelle Murphy appeals from the trial court's dismissal of her third-party complaint against Renee Haugerud a/k/a Lauree Smith.  Murphy brought this third-party complaint in a child custody modification action that currently is pending between her and her former husband, John Harold Murphy, before the trial court.  See generally *Murphy v. Murphy*, __ Ga. App. __ (Case No. A13A0206, decided July 12, 2013).

The order from which Nancy Murphy appeals is not a final judgment, because it does not adjudicate all of the claims or the rights and liabilities of all of the parties in the pending action and it does not direct the entry of a final judgment as to the third-party defendant.  See OCGA § 9-11-54 (b). Moreover, Nancy Murphy has not followed the procedures for interlocutory appeal.  See OCGA § 5-6-34 (b). Consequently, we lack jurisdiction over this appeal, and the appeal must be DISMISSED.  See *DeKalb County Teachers Fed. Credit Union v. Citizens & Southern Nat. Bank*, 176 Ga. App. 120 (335 SE2d 464) (1985); *King v. Gosdin*, 169 Ga. App. 878 (1) (315 SE2d 666) (1984).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*